S.D.N.Y. – N.Y.C.
13-cv-6503
Sullivan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

⎯⎯⎯⎯⎯⎯⎯⎯⎯

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand sixteen.

Present:
> José A. Cabranes,
> Rosemary S. Pooler,
>> *Circuit Judges,*
> John G. Koeltl,[*]
>> *District Judge*.

Ethan Murphy, et al.,

> *Plaintiffs-Appellees*,

Taher Ahmed, Tufail Ahmed,

> *All Plaintiffs-Appellees*,

v.  16-3114

Phillipe LaJaunie,

> *Defendant-Appellant*,

LaBoucherie Inc., et al.,

> *Defendants*.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

[*] Judge John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

>> FOR THE COURT:
>> Catherine O'Hagan Wolfe, Clerk